**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Larry Heyward, Appellant.

Appellate Case No. 2016-002033

———————————

Appeal From Hampton County
Thomas W. Cooper, Jr., Circuit Court Judge

———————————

Unpublished Opinion No. 2018-UP-224
Submitted May 1, 2018 – Filed June 6, 2018

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender David Alexander, of Columbia; and
Larry Heyward, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General John Benjamin Aplin,
both of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.